UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AMANDA COLLINS,

                       CASE NO.:   1:15-CV-00885-LMM

     Plaintiff,

vs.

SOUTH HAVEN, INC., A
GEORGIA CORPORATION,
AND VICKI HARPS,
INDIVIDUALLY,

     Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff, AMANDA COLLINS and Defendants, SOUTH HAVEN, INC. AND VICKI HARPS, pursuant to Fed. R. Civ. P. 41(a)(1), by and through their undersigned counsel, hereby move this Court for entry of an order dismissing this action **WITHOUT PREJUDICE**.

Dated this 23rd day of September, 2015.

| /s/ C. RYAN MORGAN | /s/ CHRISTOPHER O. STANTON |
|---|---|
| C. Ryan Morgan, Esq. | Christopher O. Stanton, Esq. |
| Georgia Bar No. 711884 | Georgia Bar No. 675395 |
| Morgan & Morgan, P.A. | Deming, Parker, Hoffman, Campbell & Daly, LLC |
| 20 N. Orange Ave., 14th Floor | 4851 Jimmy Carter Blvd. |
| P.O. Box 4979 | Norcross, GA  30093 |
| Orlando, FL 32802-4979 | E-mail: stantonc@deminglaw.com |
| Telephone: (407) 420-1414 | |

Facsimile:(407) 245-3401          ***Attorneys for Defendants***
Email: RMorgan@forthepeople.com
***Attorneys for Plaintiff***